IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Obermiller Nelson Engineering, Inc., a North Dakota corporation,<br><br>Petitioner,<br><br>vs.<br><br>River Towers Association, a Minnesota Nonprofit corporation, and Langston Pearson Enterprises, Inc. d/b/a Hayes Automation, a Minnesota Corporation<br><br>Respondents. | Court File No.: 21-cv-463 (JRT/TNL)<br><br>**DECLARATION OF<br>SHAMUS P. O'MEARA** |

STATE OF MINNESOTA     )
                                              )
COUNTY OF RAMSEY     )

1.  I am an attorney with O'Meara, Leer, Wagner & Kohl, P.A., the law firm retained to represent Petitioner Obermiller Nelson Engineering, Inc. ("ONE") in the above-captioned action. I make this Declaration in support of ONE's Motion to Dismiss or Stay the Demand for Arbitration.

2.  Attached hereto as Exhibit 1 is a true and correct copy of the Questions & Solutions Engineering, Inc. Report of November 5, 2020, which was expressly incorporated into the Demand for Arbitration. *See* Demand (Doc. 1-1), at ECF p. 6, ¶12.

3.  Attached hereto as Exhibit 2 is a true and correct copy of Obermiller Nelson Engineering, Inc.'s: (1) Objection to Demand for Arbitration and Crossclaim; (2) Answering Statement; (3) Answer to Hayes Crossclaim; (4) Crossclaim aginst Hayes.

4.  Attached hereto as Exhibit 3 is a true and correct copy of Obermiller Nelson Engineering, Inc.'s Request for Joinder of: (1) Questions & Solutions Engineering, Inc., (2) FirstService Residential Minnesota, Inc. dba FirstService Residential, (3) Kraft Contracting LLC dba Kraft Mechanical LLC and Kraft Controls, LLC.

I declare, under penalty of perjury, that everything I have stated in this Declaration is true and correct.

Dated: March 5, 2021.

*s/ Shamus P. O'Meara*
_____
Shamus P. O'Meara