United States District Court — DISTRICT OF MINNESOTA

Obermiller Nelson Engineering, Inc.

    Petitioner,

v.

River Towers Association et al.

    Respondent,

Court File Number 0:21-cv-00463-JRT-TNL

## Affidavit of Service

State of Minnesota )
County of Hennepin )

I, Neil Hanson, state that on Wednesday, March 10, 2021 at 9:42 AM I served the Summons; Petition/Motion for Order Dismissing and/or Staying Respondent River Towers Association's Demand for Arbitration; Exhibits; Civil Cover Sheet; Motion; Notice of Hearing on Motion; Obermiller Nelson Engineering, Inc.'s Memorandum of Law in Support of Petition/Motion for Order Dismissing and/or Staying Respondent River Towers Association's Demand for Arbitration; LR 7.1(c) Word County Compliance Certificate; Declaration of Shamus P. O'Meara with Exhibits; Order (Proposed); and Email to Judge Tunheim upon Langston Pearson Enterprises, Inc. d/b/a Hayes Automation, a Minnesota Corporation, therein named, personally at 2415 Ventura Drive, Woodbury, MN 55125, by handing to and leaving with Brian Pearson, President of said Langston Pearson Enterprises, Inc. d/b/a Hayes Automation, a Minnesota Corporation, a true and correct copy thereof.

I declare under penalty of perjury that this information is true.

Dated: 3/10/2021     _____
                             Neil Hanson, Process Server


*2471712 - 2*


Metro Legal
legal support specialists since 1969

330 2nd Avenue South, Suite 150
Minneapolis, MN 55401
(800) 488-8994
www.metrolegal.com